# Notice Recipients

District/Off: 0970–2        User: admin           Date Created: 5/22/2026
Case: 2:26–bk–05144–MCW     Form ID: minff11n      Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
tr          ZCHAPTER 11 FMC

                                                                    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          ELIZABETH ANN NAYLOR        11440 N. 69TH ST.        SCOTTSDALE, AZ 85254
jdb         RONALD STEPHEN OWENS        11440 N. 69TH ST.        SCOTTSDALE, AZ 85254

                                                                    TOTAL: 2