# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:
    Elizabeth Ann Naylor
    Ronald Stephen Owens

Chapter  13

Case No.  25-07596

Debtor(s).

## DECLARATION RE: ELECTRONIC FILING

### PART I - DECLARATION OF PETITIONER:

I [We] _____ Elizabeth Ann Naylor _____ and _____ Ronald Stephen Owens _____, the undersigned debtor(s), corporate officer or partnership member, hereby declare under penalty of perjury that the information I have given my attorney and the information, including social security numbers, provided in the completed petition, lists, statements and schedules is true and correct. I have reviewed and signed each of the foregoing completed documents and my attorney has provided me with a signed copy of each to retain for my records. I consent to my attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. I understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 21 days after the date the petition was filed or, in the event an extension has been granted, no later than 7 days after the schedules and statements are filed. I understand that failure to file the signed original of this **DECLARATION** will cause my case to be dismissed without further notice.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. I request relief in accordance with the chapter specified in the petition..

DATED:  August 7, 2025

SIGNED:  *Elizabeth Ann Naylor*
    Elizabeth Ann Naylor
    Debtor

*Ronald Stephen Owens*
    Ronald Stephen Owens
    Joint Debtor

SIGNED:  _____

    Authorized Corporate Officer or Partnership Member

### PART II - DECLARATION OF ATTORNEY:

I declare as follows: The debtor(s) will have signed this form before I submit the petition, schedules and statements. I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. If an individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

DATED:  August 7, 2025

*Mark Atchley*
    Mark R Atchley
    Attorney for Debtor(s)
    7255 E. Hampton Ave, Suite 127
    Suite 127
    Mesa, AZ 85209
    (480) 500-7888  Fax:

(FILE ORIGINAL WITH COURT - DO NOT FILE ELECTRONICALLY)