# Notice Recipients

District/Off: 0970−2          User: admin                    Date Created: 8/15/2025
Case: 2:25−bk−07596−PS        Form ID: 309I                  Total: 48

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
17849394     Sarah and Christian Navarro
17849395     Sarah and Christian Navarro

                                                                              TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Elizabeth Ann Naylor          11440 North 69th Street        Scottsdale, AZ 85254
jdb     Ronald Stephen Owens          11440 North 69th Street        Scottsdale, AZ 85254
tr      EDWARD J. MANEY          101 N. FIRST AVE., SUITE 1775        PHOENIX, AZ 85003
aty     MARK R. ATCHLEY          Atchley Law Firm, PLC        7255 E Hampton Ave Ste 127        Mesa, AZ 85209−3313
smg     AZ DEPARTMENT OF REVENUE          BANKRUPTCY & LITIGATION          1600 W. MONROE, 7TH FL.          PHOENIX, AZ 85007−2650
17849364     ADT Security Services        PO Box 371878        Pittsburgh, PA 15250−7878
17849367     APS        PO Box 37812        Boone, IA 50037−0812
17849365     Affirm Inc.        650 California Street, Fl 12        San Francisco, CA 94108
17849366     American Express        PO Box 60189        City of Industry, CA 91716−0189
17849368     Bank of America          Bankruptcy Unit          PO Box 970        Norfolk, VA 23501
17849369     Bank of America Business Card          PO Box 15796        Wilmington, DE 19886−5796
17849370     Banner Health          PO Box 741275        Los Angeles, CA 90074−1275
17849371     Bascule Equine Underwriting          PO Box 2502        Westfield, NJ 07090
17849372     Capital One Bank          PO Box 31293        Salt Lake City, UT 84131−1293
17849373     Carolyn Becker          23702 Turtle Cove        Laguna Niguel, CA 92677
17849374     Cenlar          425 Phillips Blvd.          Ewing, NJ 08618−1430
17849375     Cherry          2261 Market Street, #4869          94114
17849376     Citi Cards          5800 South Corporate Place          City of Industry, CA 91716−0701
17849377     Citi Cards          PO Box 6789          Sioux Falls, SD 57117−6789
17849378     City of Phoenix          PO Box 29100          Phoenix, AZ 85038−9100
17849379     City of Scottsdale          7447 East Indian School Road, Suite 110          Scottsdale, AZ 85254
17849380     Credit Control, LLC          3300 Rider Trail S, Suite 500          Earth City, MO 63045
17849381     Discover Card          PO Box 30939          Salt Lake City, UT 84130−0939
17849382     Genworth          31605 North 19th Avenue          Phoenix, AZ 85085
17849383     Great American Insurance Co          c/o Caine & Weiner          12005 Ford Road, Suite 300          Dallas, TX 75234
17849385     HDI Global Insurance Company          c/o GB Collects, LLC          1253 Haddonfield Berlin Road          Voorhees, NJ 08043−4847
17849384     Hap Hansen Stables          16332 Via De Santa Fe          Rancho Santa Fe, CA 92091
17849387     JPMCB Card Services          P O Box 15369          Wilmington, DE 19850
17849388     JPMorgan Chase Bank          c/o The Moore Law Group          PO Box 25145          Santa Ana, CA 92799
17849386     Jeremiah Harris          PO Box 1918          Cave Creek, AZ 85327
17849389     Lou Spivack          5447 East 5th Street, #205          Tucson, AZ 85711
17849390     Mark Naylor & Dr. Dale Gunn          12 San Rafael          Santa Fe, NM 87506
17849391     Net Credit          200 West Jackson Blvd. Suite 2          Chicago, IL 60606
17849392     One Claim Solutions          335 East Germann Road, #340          Gilbert, AZ 85297
17849393     Russsell Equine Sports Medicine          16214 North Nebraska Avenue, Suite B          Lutz, FL 33549
17849399     SYNCB/Amazon PLCC          PO Box 71737          Philadelphia, PA 19176
17849400     SYNCB/Care Credit          PO Box 71757          Philadelphia, PA 19176−1757
17849396     Schneiders          8255 East Washington Street          Chagrin Falls, OH 44023
17849397     Select Portfolio Servicing, Inc.          3815 South West Temple          Salt Lake City, UT 84115−4412
17849398     Statewide Moving LLC          250 Industrial Way          Brisbane, CA 94005
17849401     Target Card Services          PO Box 660170          Dallas, TX 75266−0170
17849402     The Moore Law Group          P O Box 25145          Santa Ana, CA 92799−5145
17849403     Tractor Supply          PO Box 70602          Philadelphia, PA 19176
17849404     Upstart          2950 South Delaware Street, Suite 410          San Mateo, CA 94403
17849405     Wells Fargo Bank          PO Box 5058          Portland, OR 97208−5058
17849406     Zwicker & Associates          PO Box 10069          Scottsdale, AZ 85271

                                                                              TOTAL: 46