# Notice Recipients

District/Off: 0970−2        User: admin        Date Created: 12/8/2025
Case: 2:25−bk−11801−BKM     Form ID: ntcdefw   Total: 3

**Recipients of Notice of Electronic Filing:**
ust   U.S. TRUSTEE       USTPRegion14.PX.ECF@USDOJ.GOV
tr    ERIC M. HALEY      trustee@haley−law.com
                                                                    TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Laura Owens        11440 N 69th Street     Scottsdale, AZ 85254
                                                                    TOTAL: 1