Alan A. Meda (#009213)
BURCH & CRACCHIOLO, P.A.
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
Tel: 602.274.7611
ameda@bcattorneys.com

*Attorneys for Dale W. Gunn and Mark Naylor*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re | Chapter 13 |
|---|---|
| ELIZABETH ANN NAYLOR and RONALD STEPHEN OWENS, | Case No. 2:25-bk-07596-PS |
| Debtor. | **NOTICE OF APPEARANCE** |

Pursuant to Federal Bankruptcy Rule 9010(b), Alan A. Meda of the law firm of Burch & Cracchiolo, P.A., hereby enters his appearance as attorney of record for Canyon Dale W. Gunn and Mark Naylor ("Gunn and Naylor"), parties in interest in the above-captioned Chapter 13 case. Notices and copies of all pleadings and documents should be transmitted to Gunn and Naylor at the following address:

Alan A. Meda, Esq.
BURCH & CRACCHIOLO PA
1850 N. Central Ave., Suite 1700
Phoenix, AZ 85004
602-234-8722
ameda@bcattorneys.com

DATED this 27th day of October 2025.

**BURCH & CRACCHIOLO, P.A.**

By /s/ Alan A. Meda (#009213)
Alan A. Meda
*Attorneys for Dale W. Gunn and Mark Naylor*

Served via ECF on CM/ECF users this 27th of October 2025, which constitutes service pursuant to L.R. Bankr. P. 9076-1:

/s/ Tracy Dunham