| | |
|---|---|
| 1 | Josephine E. Salmon (SBN 020630)<br>jsalmon@aldridgepite.com |
| 2 | Janet M. Spears (SBN 023833)<br>jspears@aldridgepite.com |
| 3 | **ALDRIDGE PITE, LLP**<br>3333 Camino del Rio South |
| 4 | Suite 225<br>San Diego CA 92108 |
| 5 | Telephone: (858) 750-7600<br>Facsimile: (619) 590-1385 |
| 6 | |
| 7 | Attorneys for *Creditor*<br>Alliant Credit Union |

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA -

| | |
|---|---|
| In re | Chapter 13 |
| ELIZABETH ANN NAYLOR AND RONALD STEPHEN OWENS, | Case No. 25-BK-07596-PS |
| Debtor. | **NOTICE OF FILING STIPULATION FOR VALUATION OF COLLATERAL AND CERTIFICATE OF SERVICE** |

Notice is given of the filing of a Stipulation regarding Valuation of Collateral on October 28, 2025 under Docket Entry 18.

The details of the Stipulation are as follows:

1) For purposes of the Chapter 13 Plan, the Property is valued at $1,450,000.00 and Alliant Credit Union's ("Creditor) claim shall be treated as unsecured for the purposes of the Debtor's Chapter 13 Plan and shall be allowed as a non-priority general unsecured claim.

- 1 -
**NOTICE OF FILING STIPULATION FOR VALUATION OF COLLATERAL AND CERTIFICATE OF SERVICE**

2) The avoidance of Creditor's Second Deed of Trust is contingent upon completion of a Chapter 13 plan and Debtors' receipt of a Chapter 13 discharge.

3) Upon completion of a Chapter 13 Plan and receipt of the Debtors' Chapter 13 discharge, Debtors shall give written notice to the authorized loan servicer at the time of discharge requesting that the loan servicer record a Reconveyance of Deed of Trust with the appropriate county recorder's office. Upon receipt of written notice, the authorized loan servicer shall record a Reconveyance of Deed of Trust within a reasonable amount of time.

4) Creditor shall retain its lien for the full amount due under the Loan in the event of either the dismissal of the Debtors' Chapter 13 case or the conversion of the Debtors' Chapter 13 case to any other Chapter under the United States Bankruptcy Code.

6) In the event that the holder of the first lien on the Property forecloses on its security interest and extinguishes Creditor's Deed of Trust prior to the Debtors' completion of a Chapter 13 Plan and receipt of a Chapter 13 discharge, Creditor's lien shall attach to the surplus proceeds of the foreclosure sale for the full amount of the Loan balance at the time of the sale.

7) In the event that the Debtors sell or refinance the Property prior to the Debtors' completion of a Chapter 13 Plan and receipt of a discharge, Creditor will retain its lien for the full amount of the Loan balance at the time of the sale and/or refinance.

8) In the event that the Property is destroyed or damaged, Creditor shall be entitled to its full rights as a loss payee with respect to the insurance proceeds and will

retain its security interest in such proceeds up to the entire balance due on its Promissory Note pursuant to its Deed of Trust.

The Stipulation has been signed off on by Counsel for the Debtor as well as by Alliant Credit Union.

/././

The following parties will be provided with copies of this Notice and the filed Stipulation:

**Debtor's Attorney**
Mark R. Atchley
ATCHLEY LAW FIRM, PLC
7255 E. Hampton Avenue
Suite 127
MESA, AZ 85209
mark@arizonabk.com
(Via ECF)

**CH 13 Trustee**
Edward J. Maney
101 N. First Ave., Suite 1775
Phoenix, AZ 85003
service@maney13trustee.com
(Via ECF)

**U.S. Trustee**
U.S. Trustee
Department of Justice
Office of the U.S. Trustee
230 North First Avenue  Suite 204
Phoenix, AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV
(Via ECF)

**Debtor**
Elizabeth Naylor
11440 N 69Th St
Scottsdale, AZ 85254

**Joint Debtor**
Ronald Owens
11440 North 69th Street
Scottsdale, AZ 85254

- 3 -

**NOTICE OF FILING STIPULATION FOR VALUATION OF COLLATERAL AND CERTIFICATE OF SERVICE**

1
2
3  /./.
4  /./.
5       Objections to the Stipulation, if any, must be served on undersigned Counsel
6  within fourteen (14) days.
7
8       Respectfully Submitted: October 28, 2025.
9
10                                   **ALDRIDGE PITE, LLP**
11
12 Dated: 10/28/2025                   By:/s/*Josephine E. Salmon*
13                                             JOSEPHINE E. SALMON
                                            Attorney for Creditor
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**NOTICE OF FILING STIPULATION FOR VALUATION OF COLLATERAL AND CERTIFICATE OF SERVICE**