SIGNED.

Dated: October 29, 2025

*Paul Sala*
Paul Sala, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Case No. 25-BK-07596-PS |
| ELIZABETH ANN NAYLOR AND RONALD STEPHEN OWENS, | Chapter 13 |
| Debtor(s). | **ORDER ON STIPULATION RE: VALUATION OF COLLATERAL** |

A Stipulation regarding Valuation of Collateral having been approved by Counsel for the Debtor and Counsel for Alliant Credit Union, and for good cause appearing:

IT IS ORDERED Approving the Stipulation filed on October 28, 2025 under Docket Entry 18.

DATED AND ENTERED ABOVE.