Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | In Proceedings Under Chapter 13 |
| ELIZABETH ANN NAYLOR | Case No. 2:25-bk-07596-PS |
| RONALD STEPHEN OWENS | TRUSTEE'S MOTION TO DISMISS |
| Debtor(s) | |

COMES NOW Edward J. Maney, the Trustee in the above captioned Chapter 13 Proceeding, and states that the debtor(s) failed to respond to the Trustee's request for corrective action.

Pursuant to Local Rule 2084-5, and with Code § 521(e) or (f), or § 1308(a), Debtor must file all unfiled returns. Debtor has failed to file 2023 and 2024 tax returns and 12/24, 3/25, 6/25 TPT State and provide the Trustee 2024 Federal Tax Returns within 30 days of filing. As of the date of this Motion, the debtor(s) failed to comply with the tax requirement of the Stipulated Order Confirming the Plan. The debtor(s)'s plan payments are delinquent $31,200.00. To date, no Motion to Extend Time to comply has been filed to resolve these issues.

The Trustee will lodge an order dismissing this case if the debtor(s) fail to do one of the following within 30 days of the mailing of this motion:

1. Resolves the issues listed above.
2. Requests a hearing.
3. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.

on the Trustee.

Dated: See Electronic Signature

                                      EDWARD J. MANEY
                                      CHAPTER 13 TRUSTEE

                         By:_____
                             Edward J. Maney ABN 12256
                             Chapter 13 Trustee
                             101 North First Avenue, Suite 1775
                             Phoenix, AZ 85003
                             (602) 277-3776
                             ejm@maney13trustee.com

CERTIFICATE OF MAILING FOR CASE NO. 2:25-07596-PS

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Mark R. Atchley, Esq.
Atchley Law Firm, PLC
7255 E. Hampton Ave, Suite 127
Mesa, AZ 85209-

Debtor (s):
ELIZABETH ANN NAYLOR
11440 NORTH 69TH STREET
SCOTTSDALE, AZ. 85254

RONALD STEPHEN OWENS
11440 NORTH 69TH STREET
SCOTTSDALE, AZ 85254

By:_____
    Trustee's Clerk