FORM deffmgmt
Revised 12/01/2024

# UNITED STATES BANKRUPTCY COURT
District of Arizona

## NOTICE TO DEBTOR(S)

CASE NAME: Elizabeth Ann Naylor and Ronald Stephen Owens
CASE NUMBER/ADVERSARY NUMBER: 2:25−bk−07596−PS

TO: Elizabeth Ann Naylor and Ronald Stephen Owens

# Notice Regarding Required Personal Financial Management Course

A Personal Financial Management Course Certificate has not been filed. The Personal Financial Management Course Certificate must be completed to receive a discharge. The Personal Financial Management course is not the same as the Credit Counseling course that is required prior to filing bankruptcy.

The instructional course must be completed from a United States Trustee approved provider. A list of the providers can be obtained from the court's website *www.azb.uscourts.gov*.

In some cases, the court can waive the requirement to take the financial management course.
See 11 U.S.C. § 109(h)(4). To have the requirement waived, you must file a motion with the court and obtain a court order.

**Failure to timely file the Personal Financial Management Course Certificate may result in the case being closed without entry of the discharge.** If the case is closed without a discharge, you will need to file a motion to reopen the case and pay the reopen fee.

**Date: December 12, 2025**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Khadijia V. White−Thomas**

By: , Deputy Clerk
Phone: 602−682−4000