# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970–2 | User: admin | Date Created: 12/12/2025 |
| Case: 2:25–bk–07596–PS | Form ID: deffmgmt | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     MARK R. ATCHLEY     mark@arizonabk.com
                                                                                                               TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Elizabeth Ann Naylor     11440 North 69th Street     Scottsdale, AZ 85254
jdb     Ronald Stephen Owens     11440 North 69th Street     Scottsdale, AZ 85254
                                                                                                               TOTAL: 2