United States Bankruptcy Court
District of Arizona

| | |
|---|---|
| In re: | Case No. 25-07596-PS |
| Elizabeth Ann Naylor | Chapter 13 |
| Ronald Stephen Owens | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 2
Date Rcvd: Dec 12, 2025      Form ID: deffmgmt      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth Ann Naylor, 11440 North 69th Street, Scottsdale, AZ 85254-5101 |
| jdb | + | Ronald Stephen Owens, 11440 North 69th Street, Scottsdale, AZ 85254-5101 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALAN A. MEDA | on behalf of Creditor Dale W Gunn ameda@bcattorneys.com tdunham@bcattorneys.com |
| ALAN A. MEDA | on behalf of Creditor Mark Naylor ameda@bcattorneys.com tdunham@bcattorneys.com |
| Bradley Stevens | on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE bradley.stevens@azag.gov bankruptcyunit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov,sandra.carlson@azag.gov |
| EDWARD J. MANEY | azphecf@trustee13.com |
| JOSEPHINE 1 SALMON | |

| | |
|---|---|
| | on behalf of Creditor Alliant Credit Union ecfazb@aldridgepite.com jes@ecf.courtdrive.com |
| JOSEPHINE 1 SALMON | |
| | on behalf of Creditor Cenlar FSB ecfazb@aldridgepite.com jes@ecf.courtdrive.com |
| LEONARD J. MCDONALD, JR. | |
| | on behalf of Creditor U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee for COLT 2024-3 Mortgage Loan Trust ecf@tblaw.com |
| MARK R. ATCHLEY | |
| | on behalf of Debtor Elizabeth Ann Naylor mark@arizonabk.com igotnotices.atchley@gmail.com,mary@arizonabk.com, |
| MARK R. ATCHLEY | |
| | on behalf of Joint Debtor Ronald Stephen Owens mark@arizonabk.com igotnotices.atchley@gmail.com,mary@arizonabk.com, |
| U.S. TRUSTEE | |
| | USTPRegion14.PX.ECF@USDOJ.GOV |

TOTAL: 10

```
FORM deffmgmt
Revised 12/01/2024
```

# UNITED STATES BANKRUPTCY COURT
## District of Arizona

## NOTICE TO DEBTOR(S)

CASE NAME:   Elizabeth Ann Naylor and Ronald Stephen Owens
CASE NUMBER/ADVERSARY NUMBER:   2:25−bk−07596−PS

TO:                           Elizabeth Ann Naylor and Ronald Stephen Owens

# Notice Regarding Required Personal Financial Management Course

A Personal Financial Management Course Certificate has not been filed. The Personal Financial Management Course Certificate must be completed to receive a discharge. The Personal Financial Management course is not the same as the Credit Counseling course that is required prior to filing bankruptcy.

The instructional course must be completed from a United States Trustee approved provider. A list of the providers can be obtained from the court's website *www.azb.uscourts.gov*.

In some cases, the court can waive the requirement to take the financial management course.
See 11 U.S.C. § 109(h)(4). To have the requirement waived, you must file a motion with the court and obtain a court order.

**Failure to timely file the Personal Financial Management Course Certificate may result in the case being closed without entry of the discharge.** If the case is closed without a discharge, you will need to file a motion to reopen the case and pay the reopen fee.

**Date: December 12, 2025**

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

**Khadijia V. White−Thomas**

By: , Deputy Clerk
Phone: 602−682−4000