Edward J. Maney, Esq. #012256
CHAPTER 13 TRUSTEE
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213
ejm@maney13trustee.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| ELIZABETH ANN NAYLOR, | Case No. 2:25-bk-07596-PS |
| and | **NOTICE OF INTENT TO LODGE DISMISSAL ORDER AND CERTIFICATE OF MAILING** |
| RONALD STEPHEN OWENS, | |
| Debtor(s) | |

**NOTICE IS HEREBY GIVEN** that Edward J. Maney, duly appointed Trustee in the above captioned matter, in ten (10) days, intends to lodge an order dismissing debtor(s) case for failure to comply with the Trustee Recommendation and failure to file an objection to the Recommendation and obtain a hearing date.   See attached proposed Order.

DATED: See Electronic Signature.

        EDWARD J. MANEY,
        CHAPTER 13 TRUSTEE

_____
Edward J. Maney, Esq. #012256
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776Ext. 213

NOTICE OF INTENT TO LODGE DISMISSAL ORDER AND CERTIFICATE OF MAILING - 1

# CERTIFICATE OF MAILING

I, Edward J. Maney, Esq. do hereby certify that a copy of the **Notice of Intent to Lodge Dismissal** was mailed on January 13, 2026, to Debtors and the United States Trustee.

DATED: See Electronic Signature.

EDWARD J. MANEY,
CHAPTER 13 TRUSTEE

_____
Edward J. Maney, Esq. #012256
101 North First Ave., Suite 1775
Phoenix, Arizona 85003
(602) 277-3776 Ext. 213

Copies of the forgoing mailed
to the following: [see electronic signature]

Elizabeth Naylor
Ronald Owens
11440 North 69th St.
Scottsdale, AZ 85254
Debtors

Mark R. Atchley, Esq.
7255 E. Hampton Ave.
Suite #127
Mesa, Arizona 85209
Debtors' counsel

By:_____
    Trustee's Clerk

NOTICE OF INTENT TO LODGE DISMISSAL ORDER AND CERTIFICATE OF MAILING - 2