**NACH, RODGERS, HILKERT & SANTILLI**
1220 E. Osborn Rd., Suite 101
Phoenix, AZ 85014
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Email: stuart.rodgers@NRHSlaw.com
Docket@NRHSLaw.com

OF COUNSEL
TERRY A. DAKE, LTD.
P.O, Box 9134
Phoenix, AZ 85068-9134
Telephone No.: 602-710-1005
Terry A. Dake, SBA 009656
Email: tdake@cox.net

*Attorneys Eric M. Hayle, Ch. 7 Trustee
Laura Owens Estate*

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ELIZABETH ANN NAYLOR;<br>RONALD STEPHEN OWENS;<br><br>Debtors. | (Chapter 13 Case)<br><br>No. 2:25-bk-07596-PS<br><br>**NOTICE OF APPEARANCE** |

Nach, Rodgers, Hilkert & Santilli ("**NRHS**") hereby gives notice of its appearance in this case as attorney for Eric M. Haley, the Chapter 7 trustee of the bankruptcy estate of Laura Owen aka Laura Michelle Owens, Case No. 2:25-BK-11801–BKM. ***NRHS*** hereby requests that it be served a copy of all notices to creditors and other parties-in-interest in this case

Dated: January 14, 2026.

**NACH, RODGERS, HILKERT & SANTILLI**

By: /s/ Terry A. Dake
Of Counsel
Terry A. Dake, Ltd.
*Attorney for Eric M. Haley, Owens Trustee*