# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 1/15/2026
Case: 2:25–bk–07596–PS  Form ID: defmemo  Total: 1

**Recipients of Notice of Electronic Filing:**
aty   TERRY A. DAKE   tdake@cox.net

TOTAL: 1