ATCHLEY LAW FIRM, PLC
7255 E. Hampton Avenue, Suite 127
Mesa, Arizona 85209
(480) 500-7888
mark@arizonabk.com

Mark R. Atchley 21419
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | CHAPTER 13 |
|---|---|
| Elizabeth Ann Naylor<br>Ronald Stephen Owens,<br><br>Debtors. | Case No. 2:25-bk-07596-PS<br><br>APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR DEBTORS plus SUMMARY |

**To the Honorable Bankruptcy Judge: Paul Sala.**

Atchley Law Firm, PLC ("Applicant"), files this **APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR DEBTORS** pursuant to 11 U.S.C. §§ 330, 2016(a), Local Rule 2084(3) and the United States Trustee's guidelines, dated May 17, 1996.

In support of its Application, Atchley Law Firm, PLC submits its billing and expense statements for fees and costs incurred of this period of July 15, 2025, through January 26, 2026, attached as **Exhibit A** and incorporated herein by reference.

Attached are copies of the Applicant's time records for the Application Period. In further support of this Application, Applicant respectfully represents as follows:

1. Atchley Law Firm, PLC represents Elizabeth Ann Naylor and Ronald Stephen Owens (Debtor) in this Chapter 13 proceeding.

2. Applicant commenced providing services to Debtors Elizabeth Ann Naylor and Ronald Stephen Owens on July 15, 2025.

3. The bankruptcy petition was filed on August 14, 2025.

4. Debtors Elizabeth Ann Naylor and Ronald Stephen Owens signed a written Agreement for Legal Services regarding the fees and costs requested for attorney's fees, paralegal fees, and court and other costs for services rendered to the Debtors from the commencement of services through the completion of Debtors' Chapter 13 Plan. As provided in the Agreement Services, Debtors agreed that Applicant will bill for the services provided on an hourly basis at the rate of $350 per hour for attorney time and $200 per hour for paraprofessional time. The Debtors also agreed to reimburse Applicant for the costs incurred in these proceedings. The source of the compensation will be Debtors' earnings or other income as reported in the schedules.

5. A copy of this **APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR THE DEBTORS** has been provided to the Debtors, and the Debtors have not objected to the amount requested.

6. Applicant has maintained daily time records reflecting the actual and necessary time expended by said law firm in the performance of the services for which compensation is sought. These time records are presented to be merely a resume of the overall services performed by Applicant, and do not purport to include each and every service performed, nor are they represented to constitute a limit of the time expended in this case for, undoubtedly, there are numerous services for which time was not recorded. However, the records do indicate that general nature of the services performed, and the absolute minimum time actually expended during the Applicant period, for consideration as one of the criteria set forth in 11 U.S.C. § 330.

7. The rates charged by Applicant are the normal and customary charges for bankruptcy attorneys of similar expertise and experienced performing similar services in the Phoenix

metropolitan area. The rates charged by the professionals in this case are the same or less than the rates the firm charges for non-bankruptcy clients. The following professionals and paraprofessionals provided services to the DEBTORS during the Applicant period:

i. <u>Mark R. Atchley</u>: State Bar No. 21419. Mr. Atchley has practiced law since 1993 and as a consumer bankruptcy attorney since 1994. He has substantial experience in consumer bankruptcy matters. His customary rate for representing debtor in chapter 13 case is $350.00 per hour.

ii. <u>Mary Vigil</u>: Ms. Vigil has worked in the bankruptcy field since 1993 and has substantial experience in consumer bankruptcy matters. Her customary rate for providing services in chapter 13 cases is $200.00 per hour.

8. Applicant has not made any arrangements to share any compensation received with any party, except as between members of this Firm.

9. The Debtors paid Applicant a total of $2,413.00 prior to the filing of this case. There are no funds remaining on hand or deposit. These funds were used to pay the filing fee of $313 to the United States Bankruptcy Court, and to pay the balance to Applicant toward attorney fees for services performed prior to the filing of this case.

10. The compensation of fees and reimbursement of costs requested in this Application are itemized in the attached Detailed Statement of Fees and Costs, and are as follows:

| | |
|---|---|
| Attorney fees requested | $7,334.17 |
| Plus: Costs - court filing fee | $ 313.00 |
| Total Attorney Fees and Costs | $7,647.17 |
| Less: Pre-Petition payment of Attorney Fees and Costs by Debtors | ($2,413.00) |
| Balance of attorney fees and costs to be paid as an administrative expense from ch13 plan | $5,234.17 |

According to the Trustee's Case Status Report, the balance of funds currently held by the Trustee is $1,756.79.

**WHEREFORE**, The Applicant respectfully requests payment of the above fees and costs to be approved and the balance to be paid as an administrative expense from Debtors' Chapter 13 Plan payments, or through a subsequent Interim Application for Payment of Administrative Expenses, with any unpaid balance to be paid by the Debtors directly to Applicant after the conclusion of the chapter 13 reorganization. Payment of any unpaid fees included in this request shall survive the Debtors' discharge.

Respectfully submitted January 26, 2026.

**ATCHLEY LAW FIRM, PLC**

/s/ mra 21419
by: Mark R. Atchley
Attorney for Debtors

Electronically filed January 26, 2026, with Clerk, United States Bankruptcy Court, District of Arizona.

**COPY** of the foregoing sent via Court's ECF system is marked with an "*" on the same day, otherwise emailed on January 26, 2026:

Elizabeth Ann Naylor
Ronald Stephen Owens
11440 North 69th Street
Scottsdale, AZ 85254
DEBTORS

*Edward J. Maney
Chapter 13 Trustee
service@maney13trustee.com

*United States Trustee Office
USTPReagion14.PX.ECF@USDOJ.GOV

**COPY** of the foregoing sent by mail on January 26, 2026

**SEE ATTACHED MAILING LIST**

/s/ Mary Vigil
By Mary Vigil

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Affirm Inc.
650 California Street, Fl 12
San Francisco, CA 94108


American Express
PO Box 60189
City of Industry, CA 91716-0189


APS
PO Box 37812
Boone, IA 50037-0812


Bank of America
Bankruptcy Unit
PO Box 970
Norfolk, VA 23501


Bank of America Business Card
PO Box 15796
Wilmington, DE 19886-5796


Banner Health
PO Box 741275
Los Angeles, CA 90074-1275


Bascule Equine Underwriting
PO Box 2502
Westfield, NJ 07090


Capital One Bank
PO Box 31293
Salt Lake City, UT 84131-1293


Carolyn Becker
23702 Turtle Cove
Laguna Niguel, CA 92677


Cenlar
425 Phillips Blvd.
Ewing, NJ 08618-1430


Cherry
2261 Market Street, #4869
94114


Citi Cards
5800 South Corporate Place
City of Industry, CA 91716-0701


Citi Cards
PO Box 6789
Sioux Falls, SD 57117-6789

City of Phoenix
PO Box 29100
Phoenix, AZ 85038-9100


City of Scottsdale
7447 East Indian School Road, Suite 110
Scottsdale, AZ 85254


Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045


Discover Card
PO Box 30939
Salt Lake City, UT 84130-0939


Genworth
31605 North 19th Avenue
Phoenix, AZ 85085


Great American Insurance Co
c/o Caine & Weiner
12005 Ford Road, Suite 300
Dallas, TX 75234


Hap Hansen Stables
16332 Via De Santa Fe
Rancho Santa Fe, CA 92091


HDI Global Insurance Company
c/o GB Collects, LLC
1253 Haddonfield Berlin Road
Voorhees, NJ 08043-4847


Jeremiah Harris
PO Box 1918
Cave Creek, AZ 85327


JPMCB Card Services
P O Box 15369
Wilmington, DE 19850


JPMorgan Chase Bank
c/o The Moore Law Group
PO Box 25145
Santa Ana, CA 92799


Lou Spivack
5447 East 5th Street, #205
Tucson, AZ 85711


Mark Naylor & Dr. Dale Gunn
12 San Rafael
Santa Fe, NM 87506

Net Credit
200 West Jackson Blvd. Suite 2
Chicago, IL 60606


One Claim Solutions
335 East Germann Road, #340
Gilbert, AZ 85297


Russsell Equine Sports Medicine
16214 North Nebraska Avenue, Suite B
Lutz, FL 33549


Sarah and Christian Navarro


Sarah and Christian Navarro


Schneiders
8255 East Washington Street
Chagrin Falls, OH 44023


Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115-4412


Statewide Moving LLC
250 Industrial Way
Brisbane, CA 94005


SYNCB/Amazon PLCC
PO Box 71737
Philadelphia, PA 19176


SYNCB/Care Credit
PO Box 71757
Philadelphia, PA 19176-1757


Target Card Services
PO Box 660170
Dallas, TX 75266-0170


The Moore Law Group
P O Box 25145
Santa Ana, CA 92799-5145


Tractor Supply
PO Box 70602
Philadelphia, PA 19176


Upstart
2950 South Delaware Street, Suite 410
San Mateo, CA 94403

Wells Fargo Bank
PO Box 5058
Portland, OR 97208-5058


Zwicker & Associates
PO Box 10069
Scottsdale, AZ 85271



**ATCHLEY LAW FIRM, PLC**
**7725 East Hampton Avenue, Suite 127**
**Mesa, Arizona 85209**
**(480) 500-7888**
**www.arizonabkcom**

January 26, 2026
Invoice #: 4790

Elizabeth Naylor

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | Previous Balance | | | | $0.00 |
| 7/15/2025 | Consultatino with client | 0.50 | $350.00 | $0.00 | $175.00 |
| 7/21/2025 | Discussed case with Mark | 0.10 | $200.00 | $0.00 | $20.00 |
| 7/21/2025 | Discussed case with Paralegal | 0.10 | $350.00 | $0.00 | $35.00 |
| 7/21/2025 | Recieved 3 emails from client and responded | 0.20 | $350.00 | $0.00 | $70.00 |
| 7/28/2025 | SEnt email to client re docs for preparing petition | 0.10 | $200.00 | $0.00 | $20.00 |
| 7/29/2025 | Rec'd 4 emails from client and responded | 0.20 | $200.00 | $0.00 | $40.00 |
| 7/29/2025 | Rec'd 7 emails from client and responded | 0.25 | $200.00 | $0.00 | $50.00 |
| 7/29/2025 | Rec'd client certificate and scanned to file | 0.10 | $200.00 | $0.00 | $20.00 |
| 7/30/2025 | Prepared petition, schedules and plan | 3.00 | $200.00 | $0.00 | $600.00 |
| 7/30/2025 | Rec'd 3 emails from client and responded and scanned docs rec'd | 0.10 | $200.00 | $0.00 | $20.00 |
| 7/30/2025 | Recd 6 emails from client with docs scanned to file | 0.30 | $200.00 | $0.00 | $60.00 |
| 7/31/2025 | 2 Emails from client and responded | 0.10 | $200.00 | $0.00 | $20.00 |
| 8/4/2025 | Rec'd 5 emails from client and responded | 0.20 | $200.00 | $0.00 | $40.00 |
| 8/5/2025 | Appointment with client to review and sign petition | 1.00 | $350.00 | $0.00 | $350.00 |
| 8/5/2025 | Chapter 13 initial flat fee | | 1 @ $2,413.00 | $0.00 | $2,413.00 |
| 8/5/2025 | prepare fee agreement | 0.20 | $350.00 | $0.00 | $70.00 |
| 8/6/2025 | Discussed case with Mark | 0.10 | $200.00 | $0.00 | $20.00 |
| 8/6/2025 | Discussed case with Paralegal | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/6/2025 | Made changes to Petition, schedules and plan | 0.15 | $200.00 | $0.00 | $30.00 |
| 8/11/2025 | Recd email from client and responded | 0.10 | $200.00 | $0.00 | $20.00 |
| 8/11/2025 | visa debit - Ronald Owens | | | | ($2,413.00) |
| 8/14/2025 | Filed chp 13 petition, plan and schedules | 0.20 | $200.00 | $0.00 | $40.00 |
| 8/14/2025 | Rec'd docusign docs from client and put in file | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/15/2025 | Rec'd hrg ntc, calendared and sent to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 8/18/2025 | Sent client copies of filed pet, plan & tee questionnaire, hrg info | 0.10 | $200.00 | $0.00 | $20.00 |
| 8/19/2025 | Rec'd and reviewed POC AZDOR #1 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/19/2025 | Rec'd and reviewed POC Upstart #2 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/20/2025 | Rec'd and reviewed POC APS #3 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/20/2025 | Rec'd and reviewed POC APS #4 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/20/2025 | Rec'd and reviewed POC Cap One #5 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/20/2025 | Rec'd and reviewed POC NetCredit #6 | 0.10 | $350.00 | $0.00 | $35.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 8/22/2025 | Rec'd and reviewed POC Bank of America #7 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/22/2025 | Rec'd and reviewed POC NetCredit #8 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/25/2025 | Reci'd and reviewed POC The Key #9 | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/26/2025 | Rec'd email from AZDOR forwarded to client | 0.10 | $350.00 | $0.00 | $35.00 |
| 8/28/2025 | Rec'd email from client and responded | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/2/2025 | Rec'd and responded to clients email | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/8/2025 | Rec'd and reviewed POC Statewide Moving #10 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/9/2025 | Rec'd and reviewed POC Cap One #12 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/9/2025 | Rec'd and reviewed POC TD Bank #11 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/10/2025 | Rec'd and reviewed POC Chase Bank #13 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/12/2025 | Reci'd Ntc of Mtg Pmt Chg, scanned to file and sent to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/15/2025 | Returned client call | 0.15 | $200.00 | $0.00 | $30.00 |
| 9/16/2025 | Rec'd and responded to clients email | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/25/2025 | Resend client 341 Ntc again with Zoom info | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/26/2025 | Recd and reviewed POC Chase #14 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/29/2025 | Rec'd and reviewed POC Bank of America #15 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/29/2025 | Rec'd and reviewed POC Bank of America #16 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/29/2025 | Resent trustee questionnaire to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/29/2025 | Sent client f/u email for trustee docs | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/30/2025 | Rec'd 2 emails from client and responded | 0.10 | $200.00 | $0.00 | $20.00 |
| 9/30/2025 | Rec'd and reviewed POC Bank of America #17 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/30/2025 | Rec'd and Reviewed POC Bank of America #18 | 0.10 | $350.00 | $0.00 | $35.00 |
| 9/30/2025 | Rec'd response from client to my email | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/1/2025 | Redacted taxes and uploaded with some docs to trustee through portal | 0.15 | $200.00 | $0.00 | $30.00 |
| 10/1/2025 | Resent another copy of the trustee questionnaire to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/2/2025 | Rec'd and reviewed POC Jefferson Capital #19 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/3/2025 | Rec'd and reviewed POC US Bank #20 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/7/2025 | Rec'd some docs for trustee from client scanned to file | 0.15 | $200.00 | $0.00 | $30.00 |
| 10/7/2025 | Rec'd and reviewed POC American Express #21 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/7/2025 | Response from client re trustee questionnaire and docs & responded | 0.15 | $200.00 | $0.00 | $30.00 |
| 10/7/2025 | Sent f/u email to client regarding trustee questionnaire and docs | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/8/2025 | Appearance at 341 hearing | 0.50 | $350.00 | $0.00 | $175.00 |
| 10/8/2025 | Rec'd 2 emails and responded to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/8/2025 | Rec'd questionnaire from client scanned to file | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/8/2025 | Sent client additional docs the trustee needed filled out & signed | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/8/2025 | Uploaded bank stmts and questionnaire to trustee through portal | 0.20 | $200.00 | $0.00 | $40.00 |
| 10/9/2025 | Rec'd ntc of cont hrg and sent to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/10/2025 | Rec'd and reviewed POC Alliant CU #22 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/10/2025 | Rec'd email from creditor with stip | 0.15 | $350.00 | $0.00 | $52.50 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 10/13/2025 | Rec'd email from creditor and responded | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/14/2025 | Rec'd and reviewed POC Bank of America #23 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/14/2025 | Rec'd and reviewed POC Bank of America #24 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/15/2025 | Rec'd and reviewed POC Citibank #25 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/15/2025 | Rec'd and reviewed POC Citibank #26 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/15/2025 | Rec'd Ntc of Pmt Chg, scanned to file and sent to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/17/2025 | Rec'd and reviewed POC Resurgents #27 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/17/2025 | Rec'd and reviewed POC Resurgents #28 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/20/2025 | Rec'd and reviewed Obj to Conf AZDOR | 0.15 | $350.00 | $0.00 | $52.50 |
| 10/20/2025 | rec'd and reviewed POC Synchrony Bank #29 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/21/2025 | Rec'd and reviewed POC Dale Gunn #30 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/22/2025 | Rec'd email from trustee's office re issues with case | 0.15 | $350.00 | $0.00 | $52.50 |
| 10/23/2025 | Rec'd and reviewed amended POC Dale Gunn #30 | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/24/2025 | Appointment with client | 0.50 | $350.00 | $0.00 | $175.00 |
| 10/24/2025 | Discussed case with Mark | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/24/2025 | Discussed case with Paralegal | 0.10 | $350.00 | $0.00 | $35.00 |
| 10/28/2025 | Rec'd filed Stipulation, scanned to file, sent copy to client | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/28/2025 | Resent client zoom info for hrg | 0.10 | $200.00 | $0.00 | $20.00 |
| 10/29/2025 | Appearance at continued 341 hearing | 0.50 | $350.00 | $0.00 | $175.00 |
| 10/29/2025 | Rec'd and reviewed email from client with document attached | 0.10 | $350.00 | $0.00 | $35.00 |
| 11/6/2025 | Rec'd a blank email from client responded and let client know | 0.10 | $200.00 | $0.00 | $20.00 |
| 11/12/2025 | Rec'd and responded to clients emails | 0.10 | $200.00 | $0.00 | $20.00 |
| 11/18/2025 | Discussed case with Mark | 0.10 | $200.00 | $0.00 | $20.00 |
| 11/18/2025 | Discussed case with Paralegal | 0.10 | $350.00 | $0.00 | $35.00 |
| 11/18/2025 | Rec'd TMTD and sent to client rec'd email from client | 0.15 | $200.00 | $0.00 | $30.00 |
| 1/21/2026 | Phone appointment with client | 0.50 | $350.00 | $0.00 | $175.00 |
| 1/21/2026 | Telephone call with Ellen Lawson | 0.33 | $350.00 | $0.00 | $116.67 |
| 1/26/2026 | Email from client and responded | 0.10 | $200.00 | $0.00 | $20.00 |
| 1/26/2026 | Prepared fee app docs | 0.50 | $350.00 | $0.00 | $175.00 |
| 12/17/2026 | Drafted SOC | 1.00 | $350.00 | $0.00 | $350.00 |
| | **Amount Due** | **18.53** | | **$0.00** | **$5,234.17** |

Thank You! - Balance is due upon receipt
1.5% interest per month on unpaid balances