ATCHLEY LAW FIRM, PLC
7255 E. Hampton Avenue, Suite 127
Mesa, Arizona 85209
(480) 500-7888
mark@arizonabk.com

Mark R. Atchley 21419
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | CHAPTER 13 |
|---|---|
| Elizabeth Ann Naylor<br>Ronald Stephen Owens,<br><br>Debtors. | Case No. 2:25-bk-07596-PS<br><br>CERTIFICATE OF SERVICE OF NOTICE OF APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR DEBTORS |

This certificate is filed pursuant to Local Rule 9013-1(k). The undersigned hereby certifies that on January 26, 2026, a true and correct copy of the **NOTICE OF APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR DEBTORS** was served upon the parties hereinafter named.

A copy of the Application for Compensation of Fees and Reimbursement of Costs by Attorney for Debtors was dispatched by first class mail, postage prepaid, and/or emailed to the following parties on January 26, 2026.

Elizabeth Ann Naylor
Ronald Stephen Owens
11440 North 69th Street
Scottsdale, AZ 85254
**DEBTOR**


*Edward J. Maney
Chapter 13 Trustee
service@maney13trustee.com


United States Trustee Office
USTPReagion14.PX.ECF@USDOJ.GOV



**SEE ATTACHED MAILING LIST**



     As of this date, I certify that neither the Debtors nor any other party has filed a timely objection to the Application.


Dated: February 23, 2026.

                                       **ATCHLEY LAW FIRM, PLC**

                                         /s/ mra 21419
                                     by: Mark R. Atchley
                                     Attorney for Debtors

ADT Security Services
PO Box 371878
Pittsburgh, PA 15250-7878


Affirm Inc.
650 California Street, Fl 12
San Francisco, CA 94108


American Express
PO Box 60189
City of Industry, CA 91716-0189


APS
PO Box 37812
Boone, IA 50037-0812


Bank of America
Bankruptcy Unit
PO Box 970
Norfolk, VA 23501


Bank of America Business Card
PO Box 15796
Wilmington, DE 19886-5796


Banner Health
PO Box 741275
Los Angeles, CA 90074-1275


Bascule Equine Underwriting
PO Box 2502
Westfield, NJ 07090


Capital One Bank
PO Box 31293
Salt Lake City, UT 84131-1293


Carolyn Becker
23702 Turtle Cove
Laguna Niguel, CA 92677


Cenlar
425 Phillips Blvd.
Ewing, NJ 08618-1430


Cherry
2261 Market Street, #4869
94114


Citi Cards
5800 South Corporate Place
City of Industry, CA 91716-0701


Citi Cards
PO Box 6789
Sioux Falls, SD 57117-6789

City of Phoenix
PO Box 29100
Phoenix, AZ 85038-9100


City of Scottsdale
7447 East Indian School Road, Suite 110
Scottsdale, AZ 85254


Credit Control, LLC
3300 Rider Trail S, Suite 500
Earth City, MO 63045


Discover Card
PO Box 30939
Salt Lake City, UT 84130-0939


Genworth
31605 North 19th Avenue
Phoenix, AZ 85085


Great American Insurance Co
c/o Caine & Weiner
12005 Ford Road, Suite 300
Dallas, TX 75234


Hap Hansen Stables
16332 Via De Santa Fe
Rancho Santa Fe, CA 92091


HDI Global Insurance Company
c/o GB Collects, LLC
1253 Haddonfield Berlin Road
Voorhees, NJ 08043-4847


Jeremiah Harris
PO Box 1918
Cave Creek, AZ 85327


JPMCB Card Services
P O Box 15369
Wilmington, DE 19850


JPMorgan Chase Bank
c/o The Moore Law Group
PO Box 25145
Santa Ana, CA 92799


Lou Spivack
5447 East 5th Street, #205
Tucson, AZ 85711


Mark Naylor & Dr. Dale Gunn
12 San Rafael
Santa Fe, NM 87506

Net Credit
200 West Jackson Blvd. Suite 2
Chicago, IL 60606


One Claim Solutions
335 East Germann Road, #340
Gilbert, AZ 85297


Russsell Equine Sports Medicine
16214 North Nebraska Avenue, Suite B
Lutz, FL 33549


Sarah and Christian Navarro


Sarah and Christian Navarro


Schneiders
8255 East Washington Street
Chagrin Falls, OH 44023


Select Portfolio Servicing, Inc.
3815 South West Temple
Salt Lake City, UT 84115-4412


Statewide Moving LLC
250 Industrial Way
Brisbane, CA 94005


SYNCB/Amazon PLCC
PO Box 71737
Philadelphia, PA 19176


SYNCB/Care Credit
PO Box 71757
Philadelphia, PA 19176-1757


Target Card Services
PO Box 660170
Dallas, TX 75266-0170


The Moore Law Group
P O Box 25145
Santa Ana, CA 92799-5145


Tractor Supply
PO Box 70602
Philadelphia, PA 19176


Upstart
2950 South Delaware Street, Suite 410
San Mateo, CA 94403

Wells Fargo Bank
PO Box 5058
Portland, OR 97208-5058

Zwicker & Associates
PO Box 10069
Scottsdale, AZ 85271