UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Elizabeth Ann Naylor<br>Ronald Stephen Owens,<br><br>        Debtors. | CHAPTER 13<br><br>Case No. 2:25-bk-07596-PS<br><br>ORDER APPROVING APPLICATION FOR COMPENSATION OF FEES AND REIMBURSEMENT OF COSTS BY ATTORNEY FOR DEBTORS |

Upon the Court's consideration of the *Application for Compensation of Fees and Reimbursement of Costs by Attorney for Debtors* (the "Application") filed on January 26, 2026, (Dkt.34), Debtors' case was dismissed on January 26, 2026, (Dkt. 33), and Counsel received $2,100.00 before filing, and good cause appearing;

IT IS HEREBY ORDERED that the Application for payment of attorney fees and costs, in the amount of $7,334.17 is approved.

IT IS FURTHER ORDERED that the remaining balance of attorney fees in the amount of $5,234.17 is to be paid to Mark Atchley by the Trustee through the Plan upon confirmation or upon dismissal of the Debtors' chapter 13 case, to the extent that funds are available, and provided that such payment does not prejudice creditors with equal or higher priority

SIGNED AND DATED ABOVE