# Notice Recipients

District/Off: 0970–2          User: admin          Date Created: 4/27/2026
Case: 2:25–bk–07596–PS          Form ID: trcsrvd          Total: 2

**Recipients of Notice of Electronic Filing:**
ust          U.S. TRUSTEE          USTPRegion14.PX.ECF@USDOJ.GOV
tr          EDWARD J. MANEY          service@maney13trustee.com

TOTAL: 2