**SO ORDERED.**

**Dated: June 17, 2026**



*Madeleine C. Wanslee*

**Madeleine C. Wanslee, Chief Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

**ELIZABETH ANN NAYLOR AND RONALD STEPHEN OWENS.**

Debtor(s).

Chapter 11

Case No. 2:26-bk-05144-MCW

**ORDER GRANTING DEBTOR'S MOTION TO APPEAR VIA VIDEOCONFERENCE**

The Court having received the Debtors' *Motion for Authorization to Appear by Videoconference at the Hearing on Emergency Motion to Extend Automatic Stay* ("Motion") (Dkt. No. 49) requesting permission to appear via videoconference using the zoom.gov platform for the hearing scheduled on June 18, 2026 at 10:30 AM, and good cause appearing, the Court will grant Debtors' Motion. Accordingly,

**IT IS ORDERED** granting Debtors' Motion. Debtors are authorized to appear remotely on this matter on **June 18, 2026 at 10:30 AM** by visiting: https://www.zoomgov.com/j/16026824253?pwd=a3hMUWVpa3VQLzR2bHdJK0NmYTFMdz09, and using Meeting ID: 160 268 24253, Passcode 425399 for both.

**DATED AND SIGNED ABOVE**

**COPY** of the foregoing mailed by the BNC and/or sent by auto-generated mail to:

Elizabeth Ann Naylor
11440 N. 69th St.
Scottsdale, AZ 85254

Ronald Stephen Owens
11440 N. 69th St.
Scottsdale, AZ 85254

Case 2:26-bk-05144-MCW    Doc 50    Filed 06/17/26    Entered 06/17/26 11:52:51    Desc
Main Document    Page 2 of 2