Elizabeth Ann Naylor and Ronald Stephen Owens
11440 N. 69th Street
Scottsdale, Arizona 85254
*Debtors in Pro Se*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:
ELIZABETH ANN NAYLOR and
RONALD STEPHEN OWENS,
                  Debtors

Case No. 2:26-bk-05144-MCW
Chapter 11
Honorable Madeleine C. Wanslee

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2026, true and correct copies of the foregoing Motion for Voluntary Dismissal and Proposed Order were filed with the Court via the Court's Electronic Drop Box for pro se filers and served upon the following parties by electronic mail:

**Jennifer A. Giaimo, Esq.**
Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ 85003-1706
Email: Jennifer.A.Giaimo@usdoj.gov

**Shellie LaBell, Esq.**
Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorneys for U.S. Bank Trust Company, N.A.,
as Trustee for COLT 2024-3 Mortgage Loan Trust
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Email: slabell@raslg.com

**Leonard J. McDonald, Esq.**
Tiffany & Bosco, P.A.
Attorneys for Alliant Credit Union

1850 N. Central Avenue, 24th Floor
Phoenix, AZ 85004
Email: ljm@tblaw.com

*By:*

/s/     Elizabeth Ann Naylor
Elizabeth Ann Naylor
Debtor-in-Possession, Pro Se

/s/     Ronald Stephen Owens
Ronald Stephen Owens
Debtor-in-Possession, Pro Se